**FILED**

PMP
F.#2003R001636

2005 OCT 19 AM 10: 13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ALICIA JAGNARAIN,

            Defendant.

- - - - - - - - - - - - - - - -X

O R D E R

04 CR 0022

     Upon the application of ROSLYNN R. MAUSKOPF, United

States Attorney for the Eastern District of New York, by

Assistant United States Attorney Paige Petersen, it is hereby

     ORDERED that the Guilty Plea allocution and the

accompanying documents in the above-captioned case be unsealed as

to the above-captioned defendant.

Dated:    Brooklyn, New York
         October 17, 2005

                  s/Steven M. Gold
                  UNITED STATES MAGISTRATE JUDGE
                  EASTERN DISTRICT OF NEW YORK

PMP
F.#2003R001636

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ALICIA JAGNARAIN,

               Defendant.
- - - - - - - - - - - - - - - -X

A P P L I C A T I O N

04 CR 0022

       The government respectfully moves to unseal the Guilty Plea allocution and accompanying documents in the above-captioned case as to the above-captioned defendant.

Dated:     Brooklyn, New York
           October 17, 2005

                         ROSLYNN R. MAUSKOPF
                         United States Attorney

             By:                        
                         Paige Petersen
                         Assistant U.S. Attorney
                         (718) 254-7584

PMP
F.#2003R001656

**FILED**

IN CLERK'S OFFICE
U.S. DISTRICT COURT
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA

    - against -

ALICIA JAGNARAIN,

                Defendant.
- - - - - - - - - - - - - - - - - -X

O R D E R

04 CR 0022

      Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Paige Petersen, it is hereby

      ORDERED that the Guilty Plea allocution and the accompanying documents in the above-captioned case be unsealed as to the above-captioned defendant.

Dated:    Brooklyn, New York
           October 17, 2005



            s/Steven M. Gold

            UNITED STATES MAGISTRATE JUDGE
            EASTERN DISTRICT OF NEW YORK

A TRUE COPY
ATTEST
BY
DEPUTY CLERK